**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**IMPULSE MONITORING, INC.,**

        Plaintiff,

v.                                                      **CIVIL ACTION NO. 3:14-CV-51
(JUDGE GROH)**

**HUMANA HEALTH PLAN, INC.**

        Defendant.

**ORDER GRANTING JOINT MOTION TO STAY**

The above-styled matter came before the Court for consideration of the parties' "Joint Motion for Stay" [Doc. 15] filed on June 19, 2014. The parties ask this Court to stay proceedings in this matter while the parties are negotiating a contemplated global settlement in approximately sixty-six similar disputes in various jurisdictions throughout the United States.

In this case, both parties agree to a stay of proceedings in this matter. In light of the global nature of the contemplated settlement negotiations and in the interests of judicial economy, the Court **GRANTS** the parties' Joint Motion to Stay and **ORDERS** that proceedings are **STAYED** in this matter except for the pending motion to dismiss. The Court **ORDERS** the parties to file a response and a reply, if any, to the motion to dismiss so that the Court may rule on the pending motion. Additionally, unless the Court is advised at an earlier date of a related settlement or non-settlement, the parties shall report the status of their negotiations through a joint filing on or before sixty days following the entry

1

of this Order and shall show cause why the stay should not be lifted if the case has not been settled at that point.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** June 23, 2014

GINA M. GROH
UNITED STATES DISTRICT JUDGE